**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**WESTERN DIVISION**

| | |
|---|---|
| **GEORGE E. ABRAHAM, II**<br>**AND VIRGINIA ABRAHAM** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 5:04CV113DCBJCS** |
| **SKLAR EXPLORATION**<br>**COMPANY, L.L.C.** | **DEFENDANT** |

**ORDER**

Considering the "Joint Motion to Dismiss" filed by Plaintiffs, George E. Abraham, II and Virginia Abraham, and Defendant, Sklar Exploration Company, L.L.C.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the foregoing matter be and the same is hereby DISMISSED with prejudice, with the exception of the following matters over which the Court shall retain jurisdiction, to-wit: (a) The Settlement Agreement, which is approved by the Court today, pursuant to which the Court retains jurisdiction for the limited purpose of enforcement in accordance with the terms of the Settlement Agreement.

THUS DONE AND SIGNED in Natchez, Mississippi, this 22nd day of May, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE